MORTIMER GILBERT, as Executor of CELIA FELDBERG, Deceased, Respondent, v. RICHARD S. HULL, Individually and as a Member of the Copartnership Trading under the Name of JEFFERSON PROPERTIES Co., Appellant, et al., Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

MARILYN McGLYNN, Respondent-Appellant, v. JAMES C. McCARTY, Appellant-Respondent.— Order unanimously modified so as to increase the order for support to $30 per week. In all the circumstances the amount now fixed would seem proper. Settle order on notice. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ. [See *post,* p. 1011.]

ESKOP MANAGEMENT CORP., Respondent, v. BUCHBAR HOLDING CORP., Appellant, and HARRIET ZAHLER, Respondent.— Judgment unanimously affirmed, with costs. Although the retaining wall was not built by the corporate defendant, as was inadvertently stated in the opinion of Special Term, the sequence is accurately stated in the decision and the conclusion reached is altogether correct. The judgment, respecting the extent of lateral support to be given the adjoining property, may be regarded as defined in paragraph 9 of the conclusions of law of the trial court. The injunctive provisions of the judgment, of course, are subject to application for modification on the basis of a showing of change in physical conditions. Concur — Peck, P. J., Cohn, Bastow and Rabin, JJ.

ELIAS SYDNEY et al., Respondents, v. EAST DRIVE HAULAGE CORP. et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Bastow and Rabin, JJ.

JACOB HILKOWITZ, Respondent, v. FRANK FRANZOSO, Defendant, and HARRY NEWMARK, Appellant.— Judgment unanimously reversed and a new trial ordered on the ground of the excessiveness of the verdict, with costs to the appellant, unless the plaintiff stipulates to reduce the amount awarded to the sum of $10,000 in which event the judgment, as so modified, is affirmed, without costs. Settle order on notice. Concur — Peck, P. J., Cohn, Bastow and Rabin, JJ.

NISSIM S. TAWIL, Doing Business under the Name of CENTRAL AMERICA TRADING COMPANY, Respondent, v. WILLIAM F. MURPHY et al., Copartners Doing Business under the Name of HARWIL & COMPANY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Bastow and Rabin, JJ. [See *post,* p. 960.]

In the Matter of KYRA K. BERKLEY et al., Appellants, against CHARLES ABRAMS, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Cohn, Callahan, Breitel and Rabin, JJ. [207 Misc. 585.]